1 | **JORGE A. RAMIREZ**
Nevada Bar No. 6787
2 | **NICOLAS M. BUI**
Nevada Bar No. 12709
3 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
4 | Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
5 | Jorge.Ramirez@wilsonelser.com
Nicolas.Bui@wilsonelser.com
6 | Attorneys for General Growth Properties, Inc.
and Grand Canal Shops II, LLC d/b/a Grand
7 | Canal Shoppes

8

### UNITED SATES DISTRICT COURT

9

### DISTRICT OF NEVADA

10

| | |
|---|---|
| ELEANOR CEJA, individually, | CASE NO. |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY OF CITIZENSHIP)** |
| v. | |
| GENERAL GROWTH PROPERTIES, INC.; GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES; DOE CLEANING COMPANY; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

Defendants GENERAL GROWTH PROPERTIES, INC.; GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES (hereinafter "Removing Defendants"), respectively, by and through their attorneys of record, Jorge A. Ramirez, Esq. and Nicolas M. Bui, Esq., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby submits this Notice of Removal, in accordance with 28 U.S.C. §§ 1332(a), 1441(b) and 1446.

In support of this Notice of Removal, Defendant states as follows:

1.    On June 3, 2016 Plaintiff ELEANOR CEJA (hereinafter "Plaintiff") filed a Complaint for damages against Defendants Venetian Resort Hotel Casino/Palazzo Resort Hotel Casino d/b/a Las Vegas Sands, LLC and Venetian Casino Resort, LLC (hereinafter "Nevada Defendants") in the District Court of Clark County, Nevada, in a case entitled ELEANOR CEJA v.

VENETIAN CASINO RESORT, LLC, et al., Case No. A-16-737866-C. A true and correct copy of Plaintiff's complaint setting forth her claims for relief is attached hereto as **Exhibit "A"**.

2.      On June 17, 2016 Nevada Defendants were served with a copy of the summons. True and correct copies of said summonses are attached hereto as **Exhibit "B,"** and **Exhibit "C,"** respectively.

3.      On June 28, 2016 Plaintiff filed her Amended Complaint for damages and named Removing Defendants in the District Court of Clark County, Nevada. A true and correct copy of Plaintiff's amended complaint setting forth her claims for relief is attached hereto as **Exhibit "D."**

4.      On July 14, 2016 Removing Defendant Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes was served with a copy of the summons. A true and correct copy of said summons is attached hereto as **Exhibit "E."**

5.      On July 25, 2016 Removing Defendant General Growth Properties, Inc. was served with a copy of the summons. A true and correct copy of said summons is attached hereto as **Exhibit "F."**

6.      Defendants filed an Answer to Plaintiff's Amended Complaint on August 15, 2015, a true and correct copy of which is attached hereto as **Exhibit "G."**

7.      Removing Defendants filed an Answer to Plaintiff's Amended Complaint on December 30, 2016, a true and correct copy of which is attached hereto as **Exhibit "H."**

8.      On February 23, 2017 Judge Israel of Department XXVIII of the Eighth Judicial District Court, in Clark County, Nevada signed a Stipulation and Order dismissing Nevada Defendants Venetian Casino Resort, LLC, and Venetian Resort Hotel Casino/Palazzo Resort Hotel Casino d/b/a Las Vegas Sands, LLC with prejudice. Removing Defendants filed a Notice of Entry of Stipulation and Order for Dismissal with Prejudice on February 24, 2017. True and correct copies of the Order and Notice of Entry are attached hereto as **Exhibit "I,"** and **Exhibit "J,"** respectively.

9.      According to Plaintiff's complaint, she "is, and was at all times mentioned herein was, a resident of the State of California."

10.     Defendants are and have been, at all times relevant, Delaware Corporations.

1112826v.1

11.     Plaintiff's personal injury action allegedly arises from an incident that occurred on or about June 11, 2014, at the Grand Canal Shoppes, in Las Vegas, Nevada ("Premises"). Plaintiff's counsel represented that Plaintiff was walking and slipped on a wet floor of Removing Defendant Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes' property. According to documents disclosed by counsel for Plaintiff, the value of Plaintiff's case is allegedly in excess of $240,000.00.

12.     Based upon Plaintiff's allegations referenced in the foregoing paragraph of this notice and Removing Defendants' understanding of the nature of Plaintiff's alleged injuries, Defendants are informed that the amount in controversy between the parties exceeds $75,000.00.

13.     Since dismissal of Nevada Defendants, this Court has original jurisdiction over the subject matter of this action under the provisions of section §1332 of Title 28 U.S.C., in that there is complete diversity between the parties, and more than $75,000.00 in controversy, exclusive of interest and costs. Under § 1446(b)(3) this case, although not originally removable, has become removable as of February 23, 2017. Pursuant to §1441 of Title 28 U.S.C, Removing Defendants are entitled to remove the action to this Court.

14.     A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Court for the Eighth Judicial District Court of Clark County, Nevada and is attached hereto as **Exhibit "K."**

DATED this 7th day of March, 2017.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
**JORGE A. RAMIREZ**
Nevada Bar No. 6787
**NICOLAS M. BUI**
Nevada Bar No. 12709
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorneys for General Growth Properties, Inc.
and Grand Canal Shops II, LLC d/b/a Grand
Canal Shoppes

1112826v.1

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ

EDELMAN & DICKER LLP, and that on this 7th day of March, 2017, I served a true and correct

copy of the foregoing document as follows:

☐    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒    via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and pursuant to Rule 9 of the N.E.F.C.R.

☐    via hand-delivery to the addressees listed below;

☐    via facsimile;

☐    by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Richard A. Harris, Esq.
Garnet E. Beal, Esq.
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101
(702) 444-4444
(702) 444-4455
Counsel for Plaintiff

_/s/ Anna Bruno-Gallo_____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1112826v.1