1  JORGE A. RAMIREZ
   Nevada Bar No. 6787
2  NICOLAS M. BUI
   Nevada Bar No. 12709
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, NV 89101
   (702) 727-1400; FAX (702) 727-1401
5  Jorge.Ramirez@wilsonelser.com
   Nicolas.Bui@wilsonelser.com
6  Attorneys for General Growth Properties, Inc.
   and Grand Canal Shops II, LLC d/b/a Grand
7  Canal Shoppes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR CEJA, individually, | CASE NO: |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** |
| v. | |
| GENERAL GROWTH PROPERTIES, INC.; GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES; DOE CLEANING COMPANY; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

Defendants GENERAL GROWTH PROPERTIES, INC.; GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES (hereinafter "Defendants"), respectively, by and through their attorneys of record, Jorge A. Ramirez, Esq. and Nicolas M. Bui, Esq., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby submits the following Certificate of Interested Parties, incompliance with Local Rule 7.1-1.

///
///
///
///
///
///

1112833v.1

    Defendants certify that they have no knowledge of any interested parties other than those participating in the above-captioned matter.

    These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 7th day of March, 2017.

                                          **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                          BY: _/s/ Jorge A. Ramirez_____
                                          **JORGE A. RAMIREZ**
                                          Nevada Bar No. 6787
                                          **NICOLAS M. BUI**
                                          Nevada Bar No. 12709
                                          300 South Fourth Street, 11th Floor
                                          Las Vegas, NV 89101
                                          (702) 727-1400; FAX (702) 727-1401
                                          Attorneys for General Growth Properties, Inc. and Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes

1112833v.1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this 7th day of March, 2017, I served a true and correct copy of the foregoing document as follows:

☐     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒     via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐     via hand-delivery to the addressees listed below;

☐     via facsimile;

☐     by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Richard A. Harris, Esq.
Garnet E. Beal, Esq.
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101
(702) 444-4444
(702) 444-4455
Counsel for Plaintiff

                 /s/ Anna Bruno-Gallo
                 An Employee of
                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1112833v.1