**JORGE A. RAMIREZ**
Nevada Bar No. 6787
**NICOLAS M. BUI**
Nevada Bar No. 12709
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Jorge.Ramirez@wilsonelser.com
Nicolas.Bui@wilsonelser.com
Attorneys for General Growth Properties, Inc.
and Grand Canal Shops II, LLC d/b/a Grand
Canal Shoppes

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR CEJA, individually, | CASE NO: 2:17-cv-00683 |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| GENERAL GROWTH PROPERTIES, INC.; GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES; DOE CLEANING COMPANY; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

Defendants GENERAL GROWTH PROPERTIES, INC.; GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES (hereinafter "Defendants"), respectively, by and through their attorneys of record, Jorge A. Ramirez, Esq. and Nicolas M. Bui, Esq., of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP respectfully states as and for its Corporate Disclosure Statement pursuant to FRCP 7.1 as follows:

///

///

///

///

///

1118112v.1

1  Defendants have no known parent corporations and no publicly held corporation owns 10% or more of its stock.

DATED this 10th day of March, 2017.

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP

BY: _____
      JORGE A. RAMIREZ
      Nevada Bar No. 6787
      NICOLAS M. BUI
      Nevada Bar No. 12709
      300 South Fourth Street, 11th Floor
      Las Vegas, NV 89101
      (702) 727-1400; FAX (702) 727-1401
      Attorneys for General Growth Properties, Inc. and Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes

1118112v.1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this 10th day of March, 2017, I served a true and correct copy of the foregoing document as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐ via hand-delivery to the addressees listed below;

☐ via facsimile;

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Richard A. Harris, Esq.
Garnet E. Beal, Esq.
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101
(702) 444-4444
(702) 444-4455
Counsel for Plaintiff

/s/ Anna Bruno-Gallo
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1118112v.1