JORGE A. RAMIREZ
Nevada Bar No. 6787
NICOLAS M. BUI
Nevada Bar No. 12709
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Jorge.Ramirez@wilsonelser.com
Nicolas.Bui@wilsonelser.com
Attorneys for General Growth Properties, Inc.
and Grand Canal Shops II, LLC d/b/a Grand
Canal Shoppes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR CEJA, individually; <br><br> Plaintiff, <br><br> v. <br><br> GENERAL GROWTH PROPERTIES, INC.; GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES; DOE CLEANING COMPANY; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, <br><br> Defendants. | CASE NO:   2:17-CV-00683-JCM-CWH <br><br> **JOINT STATUS REPORT** |

Plaintiff ELEANOR CEJA ("Plaintiff"), by and through her attorneys of record, Richard A. Harris, Esq. and Garnet E. Beal, Esq. of RICHARD HARRIS LAW FIRM, and Defendants GENERAL GROWTH PROPERTIES, INC.; and GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES, by and through their attorneys of record, Jorge A. Ramirez, Esq. and Nicolas M. Bui, Esq., of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, submit this Joint Status Report pursuant to this Court's Minute Order dated March 8, 2017 (doc. 5).

1.  **Status of Action**

Plaintiff filed her Complaint in the Eighth Judicial District Court, Clark County, Nevada, with case no. A-16-737866-C, on June 3, 2016. Plaintiff is a California citizen. Plaintiff initially named Defendants Venetian Casino Resort, LLC, and Venetian Resort Hotel Casino/Palazzo Resort Hotel Casino d/b/a Las Vegas Sands, LLC, both Nevada citizens. On June 28, 2016, Plaintiff filed

1119114v.1

her Amended Complaint, which added defendants General Growth Properties, Inc.; and Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes, which are not citizens of Nevada.

Defendants Venetian Casino Resort, LLC, and Las Vegas Sands, LLC filed their Answer and Demand for Jury Trial on August 15, 2016. Defendants General Growth Properties, Inc. and Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes filed their Answer on December 30, 2016. Defendants Venetian Casino Resort, LLC, and Las Vegas Sands, LLC were dismissed with prejudice on February 23, 2017. The remaining defendants are not citizens of Nevada, nor California, of which Plaintiff is a citizen.

Defendants General Growth Properties, Inc. and Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes (collectively as the "Defendants") filed their Notice of Removal to the U.S. District Court on March 7, 2017. Contemporaneously with the Notice of Removal, Defendants attached Plaintiff's Complaint and Amended Complaint and Defendants' Answers, as well as filed Defendants' Demand for Jury Trial, Defendants' Statement Regarding Removal, and Defendants' Certificate of Interested Parties. At the time the Defendants filed their Notice of Removal, there were no motions pending in the state court action, case no. A-16-737866-C.

## 2. Action Required to be Taken by This Court

There are no pending motions and/or other matters that require the attention of this Court at this time.

Dated this 27th day of March, 2017.

**RICHARD HARRIS LAW FIRM**

/s/ Garnet E. Beal
**RICHARD A. HARRIS, ESQ.**
Nevada Bar No. 505
**GARNET E. BEAL, ESQ.**
Nevada Bar No. 12693
801 South Fourth Street
Las Vegas, NV 89101
(702) 444-4444; FAX (702) 444-4455
Attorneys for Plaintiff
Eleanor Ceja

Dated this 27th day of March, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Jorge A. Ramirez
**JORGE A. RAMIREZ**
Nevada Bar No. 6787
**NICOLAS M. BUI**
Nevada Bar No. 12709
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorneys for General Growth Properties, Inc. and Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes

1119114v.1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this 27th day of March, 2017, I served a true and correct copy of the foregoing **JOINT STATUS REPORT** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

- ☐ via hand-delivery to the addressees listed below;

- ☐ via facsimile;

- ☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Richard A. Harris, Esq.
Garnet E. Beal, Esq.
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101
(702) 444-4444
(702) 444-4455
Counsel for Plaintiff

_/s/ Anna Bruno-Gallo_
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1119114v.1