JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 006787
AMANDA EBERT, ESQ.
Nevada Bar No. 12731
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Jorge.Ramirez@wilsonelser.com
Amanda.Ebert@wilsonelser.com
Attorneys for Defendants General Growth Properties, Inc.
and Grand Canal Shops II, LLC d/b/a Grand
Canal Shoppes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR CEJA, individually,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL GROWTH PROPERTIES, INC.;<br>GRAND CANAL SHOPS II, LLC d/b/a GRAND<br>CANAL SHOPPES; DOE CLEANING<br>COMPANY; DOES 1-20 and ROE BUSINESS<br>ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE NO:    2:17-CV-00683-JCM-CWH<br><br>**ORDER GRANTING DEFENDANTS GENERAL GROWTH PROPERTIES, INC. AND GRAND CANAL SHOPS II, LLC D/B/A GRAND CANAL SHOPPES' MOTION TO COMPEL** |

Before the court is Defendants General Growth Properties, Inc. and Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes' motion to compel responses to request for production 19 and 20. The motion to compel was filed December 27, 2017. Plaintiff did not file an opposition to the motion. Plaintiff's failure to respond constitutes its consent to the granting of Defendants' motion. LR 7-2(d). Accordingly, and for good cause otherwise shown,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants General Growth Properties, Inc.and Grand Canal Shops II, LLC d/b/a Grand Canal Shoppes' motion to compel (ECF no. 14) is GRANTED as follows:

1  Plaintiff shall, no later than February 16, 2018, provide Defendants with all documents

2  requested in Defendants' requests for production 19 and 20.

3  DATED February 1, 2018

4

5  _____
   Carl W. Hoffman
6  United States Magistrate Judge

7

8

9  Respectfully Submitted By:

10 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

11

12 _____
   JORGE A. RAMIREZ, ESQ.
13 Nevada Bar No. 006787
   AMANDA EBERT, ESQ.
14 Nevada Bar No. 12731
   300 South 4th Street, 11th Floor
15 Las Vegas, NV 89101
   Attorneys for Defendants General Growth
16 Properties, Inc. and Grand Canal Shops II,
   LLC d/b/a Grand Canal Shoppes

17

18

19

20

21

22

23

24

25

26

27

28

1252799v.1