TRAVIS DUNSMOOR, ESQ.
Nevada Bar No. 13111
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Garnet@RichardHarrisLaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELEANOR CEJA,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL GROWTH PROPERTIES, INC.; GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES; DOE CLEANING COMPANY; DOES 1-20; and ROE BUSINESS ENTIRIES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00683-JCM-CWH<br><br>**MOTION TO REMOVE ATTORNEYS FROM THE SERVICE LIST** |

Plaintiff ELEANOR CEJA ("Plaintiff"), by and through her attorney of record Travis Dunsmoor, Esq., of the RICHARD HARRIS LAW FIRM, hereby request that Garnet E. Beal, Esq. and Ian C. Estrada, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Garnet E. Beal, Esq. is no longer with the Richard Harris Law Firm and Ian C. Estrada, Esq. is no longer assigned to the handling of this case. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this 5th day of April, 2018.

**RICHARD HARRIS LAW FIRM**

/s/ *Travis Dunsmoor*

_____
TRAVIS DUNSMOOR, ESQ.
Nevada Bar No. 13111
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: April 9, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM and that on this 5th day of April, 2018, I served a copy of the foregoing, **MOTION TO REMOVE ATTORNEYS FROM THE SERVICE LIST**, in Eleanor Ceja v. General Growth Properties, Inc., et al., United States District Court Case No. 2:17-cv-00683-JCM-CWH, as follows:

[ X ]   Electronic Service – in accordance with FRCP Rule 5(b)(2)(E).

Jorge A. Ramirez, Esq.
Nicolas M. Bui, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: 702-727-1400
Facsimile: 702-727-1401
*Attorneys for Defendant*
GENERAL GROWTH PROPERTIES, INC.
and GRAND CANAL SHOPS II, LLC d/b/a GRAND CANAL SHOPPES

/s/ *Kellene McKay*

_____
Kellene McKay
An employee of RICHARD HARRIS LAW FIRM
Email: Kellene@richardharrislaw.com