# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Eleanor Ceja

                Plaintiff,

v.

Grand Canal Shops II, LLC , et al.

                Defendant.

JUDGMENT IN A CIVIL CASE for ATTORNEY COSTS

Case Number: 2:17-cv-00683-JCM-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for costs is entered in favor of the Defendants and against the Plaintiff in the amount of $16,994.58.

6/27/2019
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk